# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 3/9/2016 | Case Number: | 16mj890 |
| Case Title: USA v. | Tomas Rubalcaba | Liberty: | Gila @ 11:27am |
| Courtroom Clerk: | C. Lopez | Total Time: | 10mins |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Shana Long | Defendant: | Pro Se |

PROCEEDINGS:

| | |
|---|---|
| ☐ | Defendant Sworn |
| ☒ | Defendant received copy of charging document |
| ☒ | Defendant advised of rights and penalties |
| ☐ | Defendant wants Court appointed counsel |
| ☒ | Government moves to detain |
| ☒ | Defendant remanded to custody of USMS |
| ☐ | Defendant released: |
| ☒ | Identity/Detention   Gila   3/10/2016   @ 9:34 am |
| ☐ | Other: |